UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. B-11-478-06 |
| | § | |
| JOSE TIRADO-MELCHOR | § | |

**ORDER**

BE IT REMEMBERED on this 3rd day of October, 2011, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed June 28, 2011, wherein the defendant Jose Tirado-Melchor waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Jose Tirado-Melchor to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Jose Tirado-Melchor guilty of the offense of possession with intent to distribute a quantity more than 100 kilograms, that is, approximately 191 kilograms (420.20 lbs) of marihuana, in violation of 21 U.S.C. 841(a)(1), 841(b)(1)(B) and 18 U.S.C. 2.

Signed this 3rd day of October, 2011.

Andrew S. Hanen
United States District Judge

1 / 1